■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER TUCKER, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on August 26, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.

■ WALDORF ASSOCIATES, INC., Appellant, v GARY J. NEVILLE, Respondent.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about September 19, 1988, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. *(See,* 141 Misc 2d 150.) Concur—Kupferman, J. P., Carro, Asch, Kassal and Rosenberger JJ.

■ THOMAS W. CURLEY, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant and Third-Party Plaintiff, et al., Third-Party Defendant.—Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on June 16, 1989, unanimously affirmed, without costs and without disbursements. We find no abuse of the IAS court's discretion. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JACK E. ORELLANA, Respondent.—Order, Supreme Court, New York County (Richard Failla, J.), rendered on or about September 6, 1988, unanimously affirmed for reasons stated by Richard Failla, J. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.